IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SHEET METAL WORKERS LOCAL 265 WELFARE FUND, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| vs. | ) ) | NO. 11 C 6960 |
| BELLE ENGINEERING, INC., an Illinois corporation, | ) ) ) | JUDGE HARRY D. LEINENWEBER |
| Defendant. | ) ) | |

## **MOTION FOR ENTRY OF DEFAULT AND JUDGMENT**

NOW COME Plaintiffs, by their attorneys, and move for entry of judgment by default against Defendant, BELLE ENGINEERING, INC., an Illinois corporation, in the total amount of $187,141.82, plus Plaintiffs' court costs and reasonable attorneys' fees in the amount of $1,742.00.

On October 10, 2011, the Summons and Complaint was served on the Registered Agent (by tendering a copy of said documents to James Welsh) at his place of business (a copy of the Summons and Affidavit of Service is attached hereto). Therefore, Defendant's answer was due on October 31, 2011. As Defendant has failed to timely answer the Complaint, Plaintiffs respectfully request entry of default and judgment.

/s/   Catherine M. Chapman

# CERTIFICATE OF SERVICE

  The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion for Entry of Default and Judgment) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this <u>9th</u> day of <u>November 2011</u>:

    Mr. Daniel F. Wagner, Registered Agent
    Belle Engineering, Inc.
    26W161 Plank Road
    Naperville, IL   60563


      <u>/s/   Catherine M. Chapman</u>


Catherine M. Chapman
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6204026
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: cchapman@baumsigman.com

I:\265J\Belle Engineering\motion for default judgment.cmc.df.wpd